# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

GAURAV KUMAR,

                              Petitioner,

        v.

MARKWAYNE MULLIN, Secretary of
the Department of Homeland Security;
PAMELA JO BONDI, Attorney General;
TODD M. LYONS, Acting Director,
Immigration and Customs Enforcement;
JESUS ROCHA, Acting Field Office
Director, San Diego Field Office;
CHRISTOPHER LAROSE, Warden at
Otay Mesa Detention Center,

                              Respondents.

Case No.:  26cv1994 DMS AHG

**ORDER REQUESTING STATUS**

This case is currently pending before the Court.  The Court has reviewed the parties' briefs and the relevant case law, and requests an update from Respondents on the status of their efforts to remove Petitioner.  Respondents shall submit a status report on or before **May 15, 2026**.  Absent any additional evidence to show there is a significant likelihood Petitioner will be removed in the reasonably foreseeable future, the Court's tentative ruling is to grant the Petition and order Petitioner's release.  *See Vo v. Noem*, Case No. 26cv0074 DMS (MSB), ECF No. 8.

        **IT IS SO ORDERED.**

Dated:  May 13, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

1

26cv1994 DMS AHG