# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

GAURAV KUMAR,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,

Respondents.

Case No.: 26cv1994 DMS AHG

**ORDER DISMISSING CASE WITHOUT PREJUDICE AS MOOT**

In light of Respondents' May 14, 2026 Status Report reflecting Petitioner was released from custody, the Court dismisses this case without prejudice as moot.

**IT IS SO ORDERED.**

Dated:  May 22, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv1994 DMS AHG